■ CECILY I. HAMMER, Appellant, v. PAUL D. HAMMER, Respondent.— Judgment unanimously affirmed, without costs, without prejudice to the plaintiff asserting her right to any funds in which she may establish ownership in any other action or proceeding, if she is so advised. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ. [16 Misc 2d 749.]

■ In the Matter of CLARA SCHAPIRO, Appellant, against ROBERT E. HERMAN, as Acting State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. MANUEL CABALLEIRO, Appellant.— Filiation order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ FEDERAL BIAS PRODUCTS CORPORATION et al., Appellants, v. L. STEIN-METZ CORP. et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ JAMES M. LAVERTY, Plaintiff, v. URIS BROTHERS, INC., Respondent, and DIVISION WATER & SEWER CORPORATION, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ JOHN HORODECKYI et al. v. JOSEPH HORODNIAK et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JOHN HORODECKYI et al. v. JOSEPH HORODNIAK et al.— Motion for stay denied and the interim stay contained in the order to show cause dated December 15, 1959, is vacated. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ PAUL J. KERN v. NEWS SYNDICATE Co., INC.— Cross motion by defendant-respondent-appellant for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ PAUL J. KERN v. NEWS SYNDICATE Co., INC.— Motion by plaintiff-appellant-respondent to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of LUCILLE BOSS against JOSEPH J. CAPUTA, as State Rent Administrator, et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between STEIN-TEX, INC., and IDE MANUFACTURING Co., LTD.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs, and the stay contained in the order to show cause, dated December 15, 1959 is vacated. Concur — Botein, P. J., Breitel, M. M. Frank. Valente and Stevens, JJ.

■ In the Matter of the Arbitration between PUBLISHERS' ASSOCIATION OF NEW YORK CITY and NEWSPAPER AND MAIL DELIVERERS' UNION OF NEW YORK AND VICINITY.— Motion for leave to reargue appeal or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ S. VICTOR WITTENBERG v. ANNA G. ROBINOV et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ LENA R. GARLEN, Individually and as a Stockholder of GREEN MANSIONS, INC., Suing on Behalf of Herself and All Other Stockholders of GREEN MANSIONS, INC., Similarly Situated, v. GREEN MANSIONS, INC., et al.— Motion